# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOWNWINDERS AT RISK, *et al.*,   )<br>                                                              )<br>        Plaintiffs,                             )<br>                                                              )<br>    v.                                                     )<br>                                                              )<br>ANDREW R. WHEELER, *in his official capacity* )<br>*as Administrator of the U.S. Environmental* )<br>*Protection Agency,*                     )<br>                                                              )<br>        Defendant.                           )<br>                                                              ) | Case No. 1:20-cv-0349<br><br>Hon. Trevor McFadden |

## STATUS REPORT BY DEFENDANT

Pursuant to this Court's Order of September 24, 2020 (Dkt. No. 34), Defendant Andrew R. Wheeler in his official capacity as Administrator of the United States Environmental Protection Agency (hereafter "EPA" or "the Agency") hereby provides the following status report:

On October 30, 2020, EPA issued a proposed rule under the Clean Air Act titled, "Revised Cross-State Air Pollution Rule Update for the 2008 Ozone NAAQS." *See* 85 Fed. Reg. 68,964 (October 30, 2020) (hereafter "Proposed Rule"). Among other things, the Proposed Rule would resolve the outstanding interstate ozone transport obligations for 21 States with respect to the 2008 national ambient air quality standards for ozone, including the 20 States at issue in this suit. *See id.* at 68,964. The public comment period for the Proposed Rule closed on December 14, 2020. *Id.* EPA is evaluating and developing responses to the comments received and preparing the final rule package. The Agency continues to anticipate taking final action on the Proposed Rule by March 15, 2021.

Respectfully Submitted,

United States Department of Justice
Environment & Natural Resources Division

Dated:  January 14, 2021         /s/ Heather E. Gange
HEATHER E. GANGE
D.C. Bar 452615
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel. 202.514.4206
Fax. 202.514.8865
Heather.Gange@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Heather E. Gange, certify that on this 14th day of January 2021, I electronically filed the foregoing through the CM/ECF system which caused all Parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

      /s/ Heather E. Gange
HEATHER E. GANGE
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel. (202) 514-4206